IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA          )
          )
          )    Docket No. 1:21MJ _____ 100
    v.          )    CLASS A MISDEMEANOR
          )    Court Date: April 1, 2021
          )    Pentagon Docket
JAMON KANEE MURPHY          )
          )

CRIMINAL INFORMATION

(Count 1 - CLASS A MISDEMEANOR- 9696878)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 6, 2021, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, JAMON KANEE MURPHY, did knowingly, unlawfully and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance, to wit: two plastic baggies containing a green leafy substance and two hand rolled cigarettes containing a green leafy substance were discovered in the vehicle that was driven by the defendant.

(In violation of Title 21, United States Code, Section 844).

(Count 2 - CLASS B PETTY- 9696877)

THE UNITED STATES ATTORNEY ALSO CHARGES THAT:

On or about March 6, 2021, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, JAMON KANEE MURPHY, having received visible and audible signals from a law enforcement officer to bring his vehicle to a stop, did knowingly, willfully and unlawfully attempt to escape and elude such law enforcement officer, to wit: after bringing the vehicle to a stop, the defendant exited the vehicle and ran from the officer on foot.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(a) adopting Title 46.2 VA Code Section 817.)

(Count 3 - CLASS B PETTY - 9696880)

THE UNITED STATES ATTORNEY ALSO CHARGES THAT:

On or about March 6, 2021, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, JAMON KANEE MURPHY did knowingly, willfully and unlawfully operate a motor vehicle in reverse on a roadway in the direction of a police cruiser without verifying that such movement could be done safely or giving proper signals.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(a) adopting Title 46.2 VA Code Section 848.)

(Count 4 - CLASS B PETTY - 9698372)

THE UNITED STATES ATTORNEY ALSO CHARGES THAT:

On or about March 6, 2021, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, JAMON KANEE MURPHY did knowingly, willfully and unlawfully operate a motor vehicle on a highway in such a manner so as to endanger the life, limb or property of another, to wit: while operating a motor vehicle, the defendant nearly struck a parked vehicle in lane 24, lost traction, drove onto North Rotary Road traveling the wrong way into oncoming traffic and nearly struck another motor vehicle and a barrier before coming to a stop.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(a) adopting Title 46.2 VA Code Section 852.)

(Count 5 - CLASS B PETTY - 9697003)


THE UNITED STATES ATTORNEY ALSO CHARGES THAT:

On or about March 6, 2021, on the Pentagon Reservation, in the Eastern District

of Virginia, the defendant, JAMON KANEE MURPHY did willfully and unlawfully

operate a motor vehicle on a highway without a valid operator's license.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(a) adopting Title

46.2 VA Code Section 300.)



Raj Parekh
Acting United States Attorney




By:   _/s/_____
        Paul A. Embroski
        Special Assistant U.S. Attorney
        Office of the United States Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        (703) 299-3700
        Govt Cell (703) 785-2082
        paul.a.embroski.civ@mail.mil

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal

Information will be mailed, postage prepaid, to counsel for the defendant at his address of

record on the 24th day of March, 2021.


__/s/_____
Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3700
Govt Cell (703) 785-2082
paul.a.embroski.civ@mail.mil